IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>RAUL ENRIQUE IMPERIAL OCHOA,<br><br>　　　　　　　　Defendant. | 8:23CR212<br><br>ORDER |

　　**THIS MATTER** is before the court on the motion of Yvonne D. Sosa to withdraw as counsel for the defendant, Raul Enrique Imperial Ochoa (Filing No. 25). Jason E. Troia has filed an entry of appearance as retained counsel for Raul Enrique Imperial Ochoa. Therefore, Yvonne D. Sosa's motion to withdraw (Filing No. 25) will be granted.

　　Yvonne D. Sosa shall forthwith provide Jason E. Troia any discovery materials provided to the defendant by the government and any such other materials obtained by Yvonne D. Sosa which are material to Raul Enrique Imperial Ochoa's defense.

　　The clerk shall provide a copy of this order to Jason E. Troia.

　　**IT IS SO ORDERED.**

　　Dated this 20th day of November, 2023.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ Michael D. Nelson
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge