IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RAUL ENRIQUE IMPERIAL OCHOA, <br><br> Defendant. | 8:23CR212 <br><br> ORDER |

This matter is before the Court on the government's Motion for Dismissal (Filing No. 36) pursuant to Federal Rule of Criminal Procedure 48(a). The government requests the Indictment be dismissed without prejudice as to defendant Raul Enrique Imperial Ochoa.

The Motion is granted, and the Indictment against Raul Enrique Imperial Ochoa is dismissed without prejudice.

IT IS SO ORDERED.

Dated this 20th day of May 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge